**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oscar Leonel CISNEROS–VALDEZ, Defendant–Appellant.**

No. 00–10315.

D.C. No. CR–99–00447–JBR.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2001.[1]

Decided April 19, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

### MEMORANDUM [2]

Oscar Leonel Cisneros–Valdez appeals the 77–month sentence imposed following his guilty plea to unlawful reentry of a deported alien. Cisneros–Valdez contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), it is illegal to impose a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based upon a prior felony not pled in the indictment. Cisneros–Valdez also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense), because Cisneros–Valdez did not admit to an aggravated felony at his plea hearing. These arguments are foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir. 2000), *amended* (Feb. 8, 2001) (order). *United States v. Castillo–Rivera*, 244 F.3d 1020, 1024 (9th Cir.2001).

The sentence is AFFIRMED. This matter is REMANDED to the district court with directions to correct the judgment of conviction to exclude the reference to 8 U.S.C. § 1326(b), consistent with *United States v. Rivera–Sanchez*, 222 F.3d 1057 (9th Cir.2000). *United States v. Herrera–Blanco*, 232 F.3d 715, 719 (2000).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.